# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-cv-806 (Consolidated Lead Case) |
| v. | § § § | **JURY TRIAL DEMANDED** |
| ALTAIR ENGINEERING, INC., | § § | |
| Defendant. | § § | |

## UNOPPOSED MOTION TO FILE AMENDED COMPLAINT AS IT PERTAINS TO DEFENDANT ALTIUM, INC.

Uniloc has entered into a Patent License, Release and Settlement Agreement with Flexera Software LLC ("Flexera"). Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A., (collectively "Uniloc") hereby seek leave to file an amended complaint, narrowing the issues in the case by clarifying that Uniloc is not seeking infringement based on any product, software, system, method or service provided by Flexera. Defendant Altium, Inc. does not oppose Uniloc's request.

**Dated: March 27, 2013**

Respectfully submitted,

/s/ Steven W. Hartsell
Edward E. Casto, Jr.
Lead Attorney
Barry J. Bumgardner
Texas State Bar No. 00793424
Steven W. Hartsell
Texas State Bar No. 24040199
Jaime K. Olin
Texas State Bar No. 24070363
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111

Fax: (817) 377-3485
ecasto@nbclaw.net
barry@nbclaw.net
shartsell@nbclaw.net
jolin@nbclaw.net

James Etheridge
Texas Bar No. 24059147
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@jwfirm.com

**ATTORNEYS FOR PLAINTIFFS
UNILOC LUXEMBOURG S.A. AND
UNILOC USA, INC.**

## CERTIFICATE OF CONFERENCE

  The undersigned hereby certifies that counsel for Plaintiffs and counsel for Defendant Altium, Inc. have conferred regarding the matters addressed herein, and Defendant does not oppose the relief requested.

           /s/ Steven W. Hartsell

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of March 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      /s/ Steven W. Hartsell