# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § § |
| Plaintiffs, | § CIVIL ACTION NO. 6:12-cv-806 § |
| v. | § **JURY TRIAL DEMANDED** § |
| ALTAIR ENGINEERING, INC., | § § |
| Defendant. | § § § |

## PLAINTIFFS' STIPULATION OF DISMISSAL OF DEFENDANT ALTAIR ENGINEERING, INC.

WHEREAS, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. and Defendant Altair Engineering, Inc., have agreed to settle this matter.

NOW, THEREFORE, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. and Defendant Altair Engineering, Inc. stipulate, subject to the approval of the Court, that:

1. Any and all claims and/or counterclaims by both parties are dismissed with prejudice from the case.

2. Plaintiffs and Defendant Altair Engineering, Inc. each bear their own attorney's fees, expenses and costs.

3. Plaintiffs' complaint as to all other defendants is not impacted by this stipulation and dismissal.

Dated: June 17, 2014                Respectfully submitted,

/s/ Steven N. Williams by permission Wesley Hill
Steven N. Williams
swilliams@mcdolewilliams.com

TX State Bar No. 21577625
Kenneth P. Kula
kkula@mcdolewilliams.com
TX State Bar No. 24004749
William Zac Duffy
zduffy@mcdolewilliams.com
TX State Bar No. 24059697
McDOLE & WILLIAMS, PC
1700 Pacific Avenue, Suite 1280
Dallas, Texas 75201
(214) 979-1122 - Telephone
(214) 979-1123 – Facsimile

James L. Etheridge
Texas State Bar No. 24059147
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120/324
Southlake, Texas 76092
817.470-.249
817.877.5950 (Fax)
Jim@EtheridgeLaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas Bar No 24032294
Ward & Smith Law Firm
P. O. Box 1231
1127 Judson Road, Suite 220
Longview, Texas 75606-1231
903.757-6400
903.757-2323 (Fax)
jw@wsfirm.com
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules of this Court. As such, this motion was served on all counsel who are deemed to have consented to electronic service on this the 17th day of June, 2014.

/s/ Wesley Hill