**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,** § § § § | |
| Plaintiffs, § | |
| § | Case No. 6:12-cv-806 |
| v. § § | |
| **ALTAIR ENGINEERING, INC.,** § § | |
| Defendant. § | |

## FINAL JUDGMENT

By prior Orders, all claims against all Defendants in this case have been dismissed. Accordingly, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 23rd day of June, 2014.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**